UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEILA WOLK,

      Plaintiff,

-against-

STEPHEN ORMEROD,

      Defendant.

19-CV-2053 (CM)

ORDER

COLLEEN MCMAHON, Chief United States District Judge:

  By order dated February 12, 2019, Magistrate Judge Nathaniel J. Fox directed Plaintiff to file: (1) proposed findings of fact and conclusions of law; and (2) a memorandum of law. *See Wolk v. Ormerod*, No. 18-CV-3020 (VSB) (KNF) (ECF No. 28). On March 5, 2019, Plaintiff filed proposed finding of facts and conclusions of law and an affidavit. (*Id.* at ECF Nos. 29-30.)

  On the same day, the Clerk of Court received from Plaintiff a separate mailing that included: (1) a copy of her complaint in the 18-CV-0320 matter; (2) a copy of the findings of fact and conclusions of law; and (3) a copy of the affidavit. *See* No. 19-CV-2053 (UA) (ECF Nos. 1-3.) She also attached a certificate of service and included the 18-CV-0320 docket number in the caption. *See* No. 18-CV-3020 (ECF No. 1 at 22). Plaintiff did not submit an application to proceed *in forma pauperis* or pay the filing fees with this submission. The Clerk of Court opened the complaint as a new civil action.

  After reviewing this recent submission, the Court concludes that Plaintiff did not intend to file a new civil action.

## CONCLUSION

The Clerk of Court is directed to administratively close this action, No. 19-CV-2053.

The Clerk of Court is also directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket.

The Clerk of Court is directed to docket this as a "written opinion" within the meaning of Section 205(a)(5) of the E-Government Act of 2002.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: March 26, 2019
        New York, New York

                                          COLLEEN McMAHON
                                        Chief United States District Judge